UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO COPPEL, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SEA WORLD PARKS & ENTERTAINMENT, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 21-cv-1430-RSH-DDL<br><br>**ORDER:**<br><br>**(1) FOLLOWING DISCOVERY CONFERENCE;**<br><br>and<br><br>**(2) DENYING AS MOOT JOINT MOTIONS FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**<br><br>[Dkt. Nos. 159, 160] |

　　　The Court held a Discovery Conference on November 29, 2023. For the reasons discussed on the record at the Discovery Conference, the Court **ORDERS** as follows:

　　　1.　　Given the possibility that any motion practice arising out of Plaintiffs' subpoenas to nonparties Alliant Insurance Services, Inc., Empower Retirement, LLC, Prudential Retirement Insurance and Annuity Company, Massachusetts Mutual Life Insurance Company (collectively, "the Nonparties"), all of which require compliance in Ventura, California, would need to be brought in the Central District of California, the

Court **DENIES** the pending Joint Motions for Extension of Time to Complete Discovery [Dkt. Nos. 159, 160] as moot. *See* Fed. R. Civ. P. 37(a)(2) (requiring that any motion for an order compelling discovery from a nonparty "must be made in the court where the discovery is or will be taken"); Fed. R. Civ. P. 45(d)(3)(A) (requiring that a motion to quash or modify a subpoena be brought in the "district where compliance is required").

2.  Plaintiffs and the Nonparties must file a Joint Discovery Status Report by not later than **January 10, 2024**, apprising the Court of the status of their continued meet and confer efforts and whether any disputes remain which will require motion practice. The Joint Discovery Status Report must also address whether any documents responsive to Plaintiffs' subpoenas to Prudential Retirement Insurance and Annuity Company or Massachusetts Mutual Life Insurance Company are not in Empower Retirement LLC's possession, custody or control.

3.  For the reasons stated at the Discovery Conference, the Court finds there are no discovery disputes between Plaintiffs and Defendants which require the Court's involvement at this time.

4.  Plaintiffs' counsel shall provide a copy of this Order to counsel for the Nonparties.

**IT IS SO ORDERED.**

Dated: November 29, 2023

Hon. David D. Leshner
United States Magistrate Judge