| | |
|---|---|
| **CHRISTINA HUMPHREY LAW, P.C.** | **TOWER LEGAL GROUP, P.C.** |
| Christina A. Humphrey (SBN 226326) | James A. Clark (SBN 278372) |
| 1117 State Street | Renee P. Ortega (SBN 283441) |
| Santa Barbara, CA 93101 | 11335 Gold Express Drive, Ste. 105 |
| Telephone: (805) 618-2924 | Gold River, CA 95670 |
| Facsimile: (805) 618-2939 | Telephone: (916) 361-6009 |
| Email: christina@chumphreylaw.com | Facsimile: (916) 361-6019 |
| | Email: james.clark@towerlegalgroup.com |
| | Email: renee.parras@towerlegalgroup.com |

*[Attorneys for Plaintiffs]*

*[Additional Counsel listed on following page]*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO COPPEL, PABLO MARTINEZ, TYLER MITCHELL, JUDITH URIOSTEGUI, ELIZABETH USSELMAN, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the SWBG, LLC 401(K) PLAN (FKA SEAWORLD PARKS AND ENTERTAINMENT 401(K) PLAN), <br><br> Plaintiffs, <br><br> v. <br><br> SEAWORLD PARKS & ENTERTAINMENT, INC. ("SEAWORLD"); SWBG ORLANDO CORPORATE OPERATIONS GROUP, LLC ("SWBG"); BOARD OF DIRECTORS OF SEAWORLD AND SWBG, INVESTMENT COMMITTEE OF SEAWORLD PARKS & ENTERTAINMENT 401(K) PLAN/ SWBG, LLC 401(K) PLAN; MARK G. SWANSON (CEO); ELIZABETH GULACSY (CFO); and DOES 1 through 50, <br><br> Defendants. | Case No.: 3:21-cv-01430-RSH-DDL <br><br> **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING** <br><br> PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT. <br><br> **Hearing Date:** February 11, 2025 <br> **Judge:** Hon. Robert S. Huie <br> **Courtroom:** 3B (3rd Flr) |

-i-
NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING

| | |
|---|---|
| 1 | **THE SHARMAN LAW FIRM LLC**<br>Paul J. Sharman (Appearance Pro Hac Vice) |
| 2 | 11175 Cicero Drive, Suite 100 |
| 3 | Alpharetta, GA 30022<br>Telephone: (678) 242-5297 |
| 4 | Facsimile: 678) 802-2129 |
| 5 | Email: paul@sharman-law.com |
| 6 | *[Attorneys for Plaintiffs]* |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-1-

NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING

1    PLEASE TAKE NOTICE that on February 11, 2025, or as soon thereafter as
2 this matter may be heard, in Courtroom 3B of the United States District Court for
3 the Southern District of California, before the Honorable Robert S. Huie, Plaintiffs
4 Fernando Coppel, Pablo Martinez, Tyler Mitchell, Judith Uriostegui, and Elizabeth
5 Usselman, individually and as a representative of a Putative Class of Participants
6 and Beneficiaries, on behalf of the SWBG, LLC 401(K) Plan (FKA SeaWorld
7 Parks and Entertainment 401(K) Plan), ("Plaintiffs"), will and hereby do move the
8 Court to (1) preliminarily approve the submitted proposed Class Action Settlement,
9 (2) approve the Class Notice, and (3) schedule a Fairness Hearing.
10    Plaintiffs and Defendants respectfully submit that they are amenable to the
11 Court deciding this Motion on the papers, without oral argument, if the Court deems
12 it appropriate. Plaintiffs make this Motion pursuant to the September 9, 2024 and
13 December 9, 2024, Orders by the Hon. Robert S. Huie (ECF Nos. 255 and 258),
14 Federal Rule of Civil Procedure 23(e)(1) and Civil Local Rule 7-1. This Motion is
15 based on the Notice of Motion and Motion; the concurrently filed Memorandum in
16 support; Declarations of Christina A. Humphrey, Esq. and Lisa Mullins of ILYM
17 Group, and all Exhibits appended thereto; all evidence, records, and pleadings in
18 this action; oral argument that may be presented at any hearing of this Motion; and
19 all other matters that the Court deems proper.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

-2-
NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT
CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING

| | |
|---|---|
| Dated: January 7, 2025 | **CHRISTINA HUMPHREY LAW, P.C.**<br>**TOWER LEGAL GROUP, P.C.**<br>**THE SHARMAN LAW FIRM LLC** |
| | By:  */s/Christina A. Humphrey*<br>         CHRISTINA A. HUMPHREY<br>         JAMES A. CLARK<br>         RENEE P. ORTEGA<br>         PAUL J. SHARMAN (*Pro Hac Vice*)<br>         Attorneys for Plaintiffs |

NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING