| | |
|---|---|
| **CHRISTINA HUMPHREY LAW, P.C.** | **TOWER LEGAL GROUP, P.C.** |
| Christina A. Humphrey (SBN 226326) | James A. Clark (SBN 278372) |
| 1117 State Street | Renee P. Ortega (SBN 283441) |
| Santa Barbara, CA 93101 | 11335 Gold Express Drive, Ste. 105 |
| Telephone: (805) 618-2924 | Gold River, CA 95670 |
| Facsimile: (805) 618-2939 | Telephone: (916) 361-6009 |
| Email: christina@chumphreylaw.com | Facsimile: (916) 361-6019 |
| | Email: james.clark@towerlegalgroup.com |
| | Email: renee.parras@towerlegalgroup.com |

*[Attorneys for Plaintiffs]*

*[Additional Counsel listed on following page]*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO COPPEL, PABLO MARTINEZ, TYLER MITCHELL, JUDITH URIOSTEGUI, ELIZABETH USSELMAN, individually and as a representative of a Putative Class of Participants and Beneficiaries, on behalf of the SWBG, LLC 401(K) PLAN (FKA SEAWORLD PARKS AND ENTERTAINMENT 401(K) PLAN),<br><br>Plaintiffs,<br><br>v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC. ("SEAWORLD"); SWBG ORLANDO CORPORATE OPERATIONS GROUP, LLC ("SWBG"); BOARD OF DIRECTORS OF SEAWORLD AND SWBG, INVESTMENT COMMITTEE OF SEAWORLD PARKS & ENTERTAINMENT 401(K) PLAN SWBG, LLC 401(K) PLAN; MARK G. SWANSON (CEO); ELIZABETH GULACSY (CFO); and DOES 1 through 50,<br><br>Defendants. | Case No. 3:21-cv-01430-RSH-DDL<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT.<br><br>**Hearing Date:** August 28, 2025<br>**Time:** 1:30pm<br>**Judge:** Hon. Robert S. Huie<br>**Courtroom:** 3B (3rd Flr) |

-1-
NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1
2
3
4
5
6

**THE SHARMAN LAW FIRM LLC**
Paul J. Sharman (Appearance Pro Hac Vice)
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Telephone: (678) 242-5297
Facsimile: 678) 802-2129
Email: paul@sharman-law.com

*[Attorneys for Plaintiffs]*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

|   |   |
|---|---|
| 1 | PLEASE TAKE NOTICE that on August 28, 2025, at 1:30 p.m., in Courtroom 3B of the United States District Court for the Southern District of California, located at Edward J. Schwartz Courthouse, 221 West Broadway, San Diego, CA 92101, before the Honorable Robert S. Huie, Plaintiffs Fernando Coppel, Pablo Martinez, Tyler Mitchell, Judith Uriostegui, and Elizabeth Usselman, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of all similarly situated participants and beneficiaries on behalf of the SWBG, LLC 401(K) Plan (FKA SeaWorld Parks and Entertainment 401(K) Plan), ("Plaintiffs"), will and hereby do move the Court to grant Plaintiffs' Unopposed Motion for Final Approval of Settlement ("Motion") pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval and Approval of Class Notice dated May 8, 2025 (hereinafter, "Preliminary Approval Order"). See ECF No. 266. |

Defendant Seaworld Parks & Entertainment, Inc.; SWBG Orlando Corporate Operations Group, LLC ("SWBG"); Board of Directors of Seaworld and SWBG, Investment Committee of Seaworld Parks & Entertainment 401(K) Plan/ SWBG, LLC 401(K) Plan; Mark G. Swanson (CEO); Elizabeth Gulacsy (CFO) ("Defendants" or "SeaWorld"), (collectively with Plaintiffs, the "Parties") do not oppose this Motion.

Plaintiffs move the Court to enter an Order that grants Final Approval of the proposed Settlement as fair, reasonable and adequate. Plaintiffs bring this Motion pursuant to Federal Rule of Civil Procedure 23(e), and it is supported by the concurrently filed Memorandum in support; Declarations of Christina A. Humphrey, James A. Clark, Makenna Snow (Settlement Administrator, ILYM Group, Inc.), Plaintiffs, and all Exhibits appended thereto; all evidence, records, and pleadings in this action; oral argument that may be presented at any hearing of this Motion; and all other matters that the Court deems proper.

The Parties have met all deadlines provided in the Preliminary Approval Order. Plaintiffs and Defendants stand ready to provide any additional information or materials that the Court may require in connection with consideration of this Motion at this time

Dated: July 14, 2025            **CHRISTINA HUMPHREY LAW, P.C.**
                                                     **TOWER LEGAL GROUP, P.C.**
                                                    **THE SHARMAN LAW FIRM LLC**

By:   */s/Christina A. Humphrey*
        CHRISTINA A. HUMPHREY
        JAMES A. CLARK
        RENEE P. ORTEGA
        PAUL J. SHARMAN (*Pro Hac Vice*)
        Attorneys for Plaintiffs